UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR EDUARDO ORELLANA,

Plaintiff,

v.

CONTRA COSTA COUNTY SHERIFF, et al.,

Defendants.

Case No. 24-cv-06240-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Plaintiff Victor Eduardo Orellana, a state detainee, filed this pro se civil rights complaint raising several claims against the Contra Costa County Sheriff's Department. *See* ECF No. 1. On December 8, 2025, the Court dismissed his Complaint for failure to state a claim and granted him leave to amend. ECF No. 9. The Court ordered Orellana to file an amended complaint within 28 days or face dismissal of this case. The deadline has passed and Orellana has not filed an amended complaint or otherwise communicated with the Court. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 26, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California